IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-293-GCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| **Approximately $65,680 in funds,** ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Edward M. Burch,** filed on August 1, 2017 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby GRANTS the motion.

In accordance with Local Rule 83.1 (B), Mr. Burch is admitted to appear before this court *pro hac vice* on behalf of Claimants Michael David Jones and Reema Ramzy Abdulatif.

**IT IS SO ORDERED.**

Signed: August 1, 2017

Graham C. Mullen
United States District Judge