IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-293-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>)<br>v )<br>)<br>APPROXIMATELY $65,680 IN FUNDS, )<br> *et al*, )<br>        Defendant. ) | **ORDER** |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

Pursuant to the Status Report received on January 17, 2019 [see doc. 13], the Court hereby lifts the stay in this case.

IT IS SO ORDERED.

Signed: January 22, 2019

Graham C. Mullen
United States District Judge